**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-1056**

―――――――――

NEWPORT NEWS SHIPBUILDING AND DRY DOCK
COMPANY,

Petitioner,

versus

NELLIE HASTINGS, Widow of Joseph R. Hastings;
DIRECTOR, OFFICE OF WORKERS' COMPENSATION PRO-
GRAMS, UNITED STATES DEPARTMENT OF LABOR,

Respondents.

―――――――――

On Petition for Review of an Order of the Benefits Review Board.
(00-243-BLA)

―――――――――

Submitted: May 18, 2001          Decided: June 7, 2001

―――――――――

Before WILKINS, MICHAEL, and GREGORY, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Jonathan H. Walker, MASON, COWARDIN & MASON, P.C., Newport News,
Virginia, for Petitioner. Gary R. West, PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C., Newport News, Virginia, for Respondents.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Newport News Shipbuilding & Dry Dock Company petitions for review of the decision and order of the Benefits Review Board affirming the Administrative Law Judge's decision and orders awarding benefits and attorney fees. We affirm.

We find that the ALJ's finding that Joseph R. Hastings had asbestosis and that it hastened his death is supported by substantial evidence. See 33 U.S.C. § 921(b)(3) (1994); Gilchrist v. Newport News Shipbuilding & Dry Dock Co., 135 F.3d 915, 918 (4th Cir. 1998). We further find that the ALJ did not abuse its discretion by awarding attorney fees to the Claimant.

Accordingly, we affirm the Board's decision and order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2